BRYAN SCHRODER
United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99501
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 4:19-cr-00015-RRB-SAO |
| Plaintiff, | ) |
| | ) COUNT 1: |
| vs. | ) ATTEMPTED POSSESSION OF A |
| | ) CONTROLLED SUBSTANCE WITH |
| | ) INTENT TO DISTRIBUTE |
| WILLIAM YOUNG | )   Vio. of 21 U.S.C. §§ 846 and |
|    a/k/a "Boston Bill," | ) 841(a)(1), (b)(1)(A) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about September 28, 2018, within the District of Alaska, the defendant,

WILLIAM YOUNG, a/k/a "Boston Bill," attempted to knowingly and intentionally

possess with intent to distribute a controlled substance, to wit, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All of which is in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Ryan D. Tansey
RYAN D. TANSEY
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: September 17, 2019